IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROY STEVE DAVIS,
    Plaintiff,

-vs-

Michael Mukasey, Attorney General, et al.,
    Defendants.

) Motion For Leave
) to Proceed In forma
) Pauperis and for
) Appointment of
) Counsel
)
) Civil Action No. 08 0452

    Plaintiff move this court for an order permitting him to file this action in forma pauperis without prepayment of fees and costs or security therefore, and appoint counsel to represent plaintiffs as provided in 28 U.S.C. Section 1915(d) and 18 U.S.C. Section 3006A(g).

    This motion is based on the complaint and argument submitted herewith.

Dated: 29 February 2008

Roy Steve Davis
Reg. No. 16159-083
United States Penitentiary-LEE COUNTY
P.O. Box 305
Jonesville, Va.  24263

RECEIVED
MAR 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2