United States District Court
District of Columbia (Wash., D.C.)

FILED
MAY -9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Roy Steve Davis,
   Plaintiff,

-vs-

Civil Case No. 1:08-cv-00452-UNA

Michael Mukasey, etc.,
   Defendants.

## Motion For Extension of Time

Plaintiff Roy Steve Davis, pro se, filed an civil rights complaint on February 28, 2007 from the United States Penitentiary, Lee County, jurisdiction vested in Washington, D.C., where U.S. Department of Justice and Federal Bureau of Prisons is located.

Plaintiff request authorization from the court, if he can prosecute this action, and if the court would grant an extension in order to pay for this civil right complaint. Plaintiff did later March notify address changed from USP-Atlanta enroute to FCI Schuylkill.

Wherefore, plaintiff request an extension of time to proceed with costs of this action and other relief granted.

7 May 2008      Respectfully, Roy S. Davis