UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROY STEVE DAVIS,)
)
    Plaintiff,    )
)
v.    )    Civil Action No. 08-0452
)
MICHAEL MUKASEY, *et al.*,    )
)
    Defendants.    )

## ORDER

It is hereby

ORDERED that plaintiff's motion for an extension of time to comply with the Court's March 17, 2008 Order is GRANTED. It is further

ORDERED that, within thirty (30) days of entry of this Order, plaintiff shall submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as is required under 28 U.S.C. § 1915. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

DATE: 5/15/08

United States District Judge