UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Roy Steve Davis<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 08- 452 CKK |
| | )<br>) | |
| Michael Mukasey, et al.,<br>Defendant | )<br>) | |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on July 22, 2008 from Unassigned (9098)

to Judge Kollar-Kotelly because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Kollar-Kotelly
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical