United States District Court
For the District of Columbia

Re: Roy Steve Davis v. Mukasey et al

Civil Case No. 1:08cv452

Motion For Appointment of Counsel

Plaintiff with a prayer respectfully moves the court to use its discretionary power under 18 U.S.C. § 3006A(g) to appoint counsel to represent plaintiff in the above entitled case. In support of this motion, plaintiff requests that the court review his effort to obtain counsel while in segregation.

Plaintiff deposes and says that:

1. Plaintiff is unable to afford counsel to represent him in the above entitled proceeding.

2. I believe that I am not able to do an adequate job of representing myself from segregation in the above entitled proceeding because of traumatic stress from years in segregation, retaliation and harassing in the form of withholding or not delivering my mail and lack of focus concerning legal issues to other correctional officers

who were present and who are potential witnesses but I cannot get in touch with them while I am in segregation.

Appointment of counsel for a petitioner who qualifies for the appointment of counsel under 18 U.S.C. § 3006(A), is only required when necessary for discovery or an evidentiary hearing is required. Upon review of the case, complex issues and lack of adequate self-representation, circumstances do demonstrate the need for appointment of counsel.

Date: 30 June 2008

Respectfully,

Roy Steve Davis
Reg. No. 16159-055
FCI Schuylkill
P.O. Box 759
Minersville, Pa. 17954



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

February 7, 2008

Roy Steve Davis – 16159083
United States Penitentiary
Lee County
P.O. Box 305
Jonesville, VA 24263

Dear Mr. Davis:

Thank you for your recent letter. Unfortunately, we do not handle criminal cases. Please see the list below for organizations that may be able to assist you:

Howard University Criminal Justice Clinic
2900 Van Ness Street NW, Suite 107
Washington, DC 20008

Georgetown University Criminal Justice Clinic
111 F Street NW, Suite 130
Washington, DC 20001

DC Law Students in Court
806 7th Street NW, Suite 300
Washington, DC 20001

We wish you the best in securing legal representation.

Sincerely,


Columbus Community Legal Services

---
*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.



**Legal Aid Society**
OF THE DISTRICT OF COLUMBIA

75

1331 H Street, NW, Suite 350
Washington, DC 20005
Telephone: (202) 628-1161
Fax: (202) 727-2132
www.legalaiddc.org

February 13, 2008

Roy Steve Davis
United States Penitentiary, Lee County
P.O. Box 305
Jonesville, Virginia 24263

Dear Mr. Davis:

Thank you for your letter dated February 4, 2008 in which you outline your request for assistance with your experience at the United States Penitentiary in Lee County. Unfortunately, our organization does not handle these types of cases. The Legal Aid Society of the District of Columbia exclusively handles cases in the Washington D.C. area in these three fields of law:

-Family (custody, visitation, child support, domestic violence)
-Housing (eviction proceedings, public housing, Section 8)
-Public Benefits (SSI, SSDI, TANF, food stamps, Medicaid, etc.)

Please feel free to contact us by mail or at 202-628-1161, should you be involved in legal matters related to any of the above-mentioned issues.

With regard to your request, you should consider contacting the Virginia Legal Aid Society:

P.O. Box 6200
513 Church Street
Lynchburg, VA 24505
434-528-4722

Sincerely,

Jodi Feldman
Director of Pro Bono and Intake Programs

# HOWARD UNIVERSITY

School of Law
Fair Housing Legal Clinical Program

February 23, 2008

Roy Steve Davis,

Thank you for your recent inquiry about legal representation from the Howard University Clinical Law Center. We regret that we will be unable to assist you in your legal matter at this time.

Because of the limited scope of our practice, we work with student attorneys enrolled in law school here at Howard, we are able to accept only a limited number of clients. At this time, we do not have any student attorneys available to work with you. Although we are unable to help you, other legal services providers may be able to do so.

We trust, however, that you received courteous and efficient service. We wish you the best in resolving your legal matter about which you contacted us. Please remember that we have not taken any responsibility for this matter and you should continue to attempt to retain counsel as soon as possible, especially if there are deadlines or other time constraints.

Very truly yours,



Makan Shirafkan



2900 Van Ness Street, NW
Washington, DC 20008

(202) 80⟨
Fax (202)
www



## Georgetown University Law Center

*Criminal Justice Clinic*
*Prettyman/Stiller Fellowship Program*

Dean
T. Alexander Aleinikoff

Co-Director
John M. Copacino

Co-Director
Abbe Smith

Executive Assistant
Teruko R. Scriven

Investigation Supervisor
Rebecca O'Brien

February 26, 2008

Mr. Roy Steve Davis
Reg. No. 16159-083
USP - Lee County
P.O. Box 305
Jonesville, VA 24263

Dear Mr. Davis:

    This is in response to your recent letter to Georgetown University Law Center's Criminal Justice Clinic. Unfortunately, we only handle cases for persons charges with crimes in DC Superior Court from **arrest through sentencing**. We do not handle matters such as yours.

    The District of Columbia has a number of law schools, all of which represent DC residents only in DC Superior Court – some criminal, others civil. I would suggest that you contact law schools in the city/state where you were convicted to see if any has a civil program where you might get assistance.

    I am returning your correspondence and wish you success in resolving your legal issues to your satisfaction.

Sincerely,

*Corrine Fletcher*

Corrine L. Fletcher
Support Staff



**Lynchburg Area Office**
Toll-free for clients: 888-846-8527
P.O. Box 6058, 513 Church Street
Lynchburg, Virginia 24505-6058
(434) 846-1326
(434) 846-3826 fax
www.vlas.org

**VIRGINIA LEGAL AID SOCIETY**

Bruce E. Robinson, Esq.
*Acting-Board President, South Hill*

David B. Neumeyer, Esq.
*Executive Director*
Jeremy P. White, Esq.
*Managing Attorney*

May 27, 2008

Mr. Roy Steve Davis # 16159-083
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954

To Whom It May Concern:

We received your letter requesting our assistance. Due to Federal Law, effective April 26, 1996, we are unable to represent anyone in a court case who is incarcerated in a federal, state, or local prison or jail.

You may wish to contact one of the following which may be able to provide some assistance:

Post-Conviction Assistance Project
University of Virginia School of Law
Charlottesville, VA 23901
(Phone: 434-924-3034)

American Civil Liberties Union Virginia Chapter
6th North Sixth Street, Suite 2
Richmond, VA 23219-2419
(Phone: 804-644-8022)

If your problem is with the institution and conditions therein, you may wish to utilize the inmate grievance procedure. You may contact your institutional ombudsman and also file a grievance form.

We hope this information will be useful to you in obtaining the kind of assistance you require. We regret we are unable to do more to assist you with your problem.

Sincerely,

Jeremy P. White
Managing Attorney

LSC   Offices in:   Danville   Emporia   Farmville   Lynchburg   Suffolk

Free legal information at www.VaLegalAid.org and after 5 PM at 1-866-LeglAid

United Way
Central Virginia, Charlotte, Franklin-Southampton, Halifax, & Prince Edward
member agency