In The United States District Court
In The District of Columbia

RECEIVED
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Roy Steve Davis v. Michael Mukasey, et al,.

Civil Action No. 1:08cv 452

On March 17, 2008, Plaintiff Roy Steve Davis, pro se, an inmate at the United States Penitentiary Lee County, Jonesville Virginia, filed an civil rights complaint pursuant to 28 U.S.C. § 1331 with jurisdiction vested. A district court is not constrained by a petitioner's style of pleading or request for relief. Hamlin v. Warren, 664 F.2d 29. Now, Plaintiff, an inmate at FCI Schuylkill, Minersville Pennsylvania since April 7, 2008, awaiting transfer to the United States Penitentiary.

Plaintiff alleges facts sufficient to show either that he has sustained a serious or significant mental or physical injury as a result of the challenged conditions or that the conditions have created an unreasonable risk of serious damage to his future health. Strickler v. Waters, 989 F.2d 1375; Helling v. McKinney, 509 U.S. 25 (1993).

Plaintiff alleged and shows that the living conditions violated contemporary standards of decency and that prison officials were deliberately indifferent to those conditions. Wilson v. Seiter, 501 U.S. 294.

Re: Administrative Tort Claim No. TRT-MXR-2008-01911
Debbie Stevens, Supervisory Attorney, Beckley Legal Center
Lara P. Crane, Senior Attorney for Regional Counsel
Michelle V. Tuseyampe FOI case no. 2008-3935
Beckley Consolidated Legal Center 1600 Industrial Park Road P.O.B. 1280 Beaver, West Virginia 25813

## Conclusion

Wherefore, plaintiff respectfully requests that Plaintiff's Summons and Amended Civil Rights Complaints be issued/with service to all defendants and other relief deemed proper and just.

Date: 21 July 2008

Respectfully,
Roy Steve Davis [Pro Se]
76159-053
FCI Schuylkill
P.O. Box 759
Minersville, PA. 17954