UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTIFICATION OF INMATE CHANGE OF ADDRESS

Inmate name   Roy Steve Davis   Reg. No. 16159-083

Institution   United States Penitentiary- *Canaan*

Address       P.O. Box  *300*

City          Waymalt, Pennsylvania  *18472*


Dear Clerk"

   Please be advised that the petitioner is presently confined at the above-mentioned address in transit to an unknown destinati

